

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,357-01

### EX PARTE GERALD REGINALD LEASSEAR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1239125-A IN THE 183RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of capital murder and sentenced to life imprisonment without the possibility of parole. The Fourteenth Court of Appeals affirmed his conviction. *Leassear v. State*, No. 14-14-00016-CR (Tex. App.—Houston [14th Dist.] 2015). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court made findings of fact and conclusions of law, recommending that relief be denied. This Court adopts the trial court's findings of fact and conclusions of law, with the exception of finding of fact numbers 20, 21, 24, 41–42, 53, 77–81 and conclusions of law numbers 5, 6, and 7. Based on the trial court's other findings and conclusions and this Court's independent

review of the entire record, relief is denied.


Delivered:  March 16, 2022
Do not publish